1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | LYNNE A. FORD,                )
                                    )
13 |      Plaintiff,                )   CIVIL NO.  05-02876 JCS
                                    )
14 |      v.                        )   STIPULATION AND ORDER
                                    )   TRANSFERRING VENUE
15 | JO ANNE B. BARNHART,           )
     Commissioner of Social Security)
16                                  )
          Defendant.                )
17 | _____)

18       IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the

19 Court, that plaintiff resides in Fairfield, California, which is in Solano County.  Solano County lies in the

20 Eastern District of California.  Pursuant to Sentence two of the Social Security Act, 42 U.S.C. 405(g),

21       Such action shall be brought in the district court of the United States for the judicial district
         in which the plaintiff resides or has his principal place of business, or, if he does not reside
22       or have his principal place of business within any such judicial district, in the United States
         District Court for the District of Columbia.
23
         Plaintiff will properly serve the United States Attorney for the Eastern District of California when
24
   ///
25
   ///
26
   ///
27
   ///
28

1 the new court number is issued and Defendant will have ninety days from the service in which to file her
2 Answer.

5 Dated: August 10, 2005                              /s/
                                                     LOUIS M. BERNSTEIN
6                                                    Attorney for Plaintiff

                                                     KEVIN V. RYAN
8                                                    United States Attorney

11 Dated: August 10, 2005              By:     /s/
                                              SARA WINSLOW
12                                            Assistant United States Attorney

14 PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is transferred to the United States
15 District Court, Eastern District of California, pursuant to 42 U.S.C. 405(g).

20 Dated: August 12, 2005              _____
                                       JOSEPH C. SPERO
21                                     United States Magistrate Judge

FORD, TRANS STIP
C 05-02876 JCS                          2